IN THE UNITED STATES DISTRICT COURT
	FOR THE NORTHERN DISTRICT OF ILLINOIS
			EASTERN DIVISION

TONYA NEELY,                       )
                                   )
            Plaintiff,              )
                                   )
    v.                             )    No.  09 C 2998
                                   )
COUNTRYWIDE HOME LOANS, INC.,      )
et al.,                            )
                                   )
            Defendants.             )

## MEMORANDUM ORDER

Tonya Neely ("Neely") has submitted a 13-count "Complaint for Mortgage for Monetary Damages" against a half-dozen defendants, accompanying her Complaint with an In Forma Pauperis Application ("Application") through which she seeks to proceed without payment of the $350 filing fee. Because the Application does not set out an acceptable basis for in forma pauperis treatment, it is denied without prejudice.

Application ¶2.a reflects that Neely is employed at a $2,200 monthly salary. In addition, any potential applicability of Application ¶4.d is unclear, for Neely has checked the "disability" box as a source of income even while answering "no" as to the entire group of items listed there.[1] But that aside, Application ¶5 significantly refers to a $43,000 trust fund for Neely's benefit. Although that entry goes on to state "restricted until three years," Neely does not explain the nature

---

[1] This Court draws no negative conclusion in that respect--it's simply that the entry is confusing.

of the restriction or why she should get a free pass into the federal court system with such a sum awaiting her.[2]

As stated at the outset, the Application must be denied at this point. Absent either a more suitable explanation or the actual payment of the filing fee--in either event to be done on or before June 8, 2009, this Court will be constrained to dismiss the Complaint and this action.

                                _____
                                Milton I. Shadur
                                Senior United States District Judge

Date: May 22, 2009

---

[2] It is worth noting parenthetically that the Complaint, though listed at the outset as a pro se submission, would plainly appear to suggest lawyer input.